■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN E. NOLAN, Appellant. [817 NYS2d 547]—Appeal from a judgment of the Oswego County Court (Walter W. Hafner, Jr., J.), rendered May 14, 2004. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TINA GIBBS DALDRY, Appellant. (Appeal No. 2.) [817 NYS2d 573]— Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), entered March 23, 2004. The judgment revoked defendant's probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Green, JJ.